IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PLANVIEW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 01 C 1621 |
| | ) | |
| v. | ) | Judge Blanche M. Manning |
| | ) | |
| GALILEO INTERNATIONAL, L.L.C., | ) | Magistrate Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

DOCKETED
MAR 07 2002

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: C. Vincent Maloney, Ryan P. Stiles, Altheimer & Gray, 10 South Wacker Drive, Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Friday, March 5, 2002, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2125, of the U.S. District Court, Northern District of Illinois, Eastern Division at, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **JOINT MOTION FOR DISMISSAL WITH PREJUDICE.**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that she caused a true and correct copy of the foregoing instrument to be served on the above-listed persons by facsimile and First Class U.S. Mail, proper postage prepaid, by depositing same in the U.S. Mail chute located at 70 W. Madison, Chicago, Illinois, on this 26th day of February, 2002 and by faxing same to the above-listed people at (312) 715-4800.

Catherine E. Lamsens

Patrick Lamb
Catherine E. Lamsens
Butler, Rubin, Saltarelli & Boyd
1800 Three First National Plaza
Chicago, Illinois 60602
(312) 444-9660
Firm I.D.: 01765
W:\P\PlanView\Pleadings\notice of motion-certificate of service.022002doc.doc

FILED
FEB 26 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PLANVIEW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 01 C 1621 |
| | ) | |
| v. | ) | Judge Blanche M. Manning |
| | ) | |
| GALILEO INTERNATIONAL, L.L.C., | ) | Magistrate Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff PlanView, Inc. and Defendant Galileo International, L.L.C. (collectively, "the Parties"), by their respective attorneys, hereby move this Court to (i) dismiss this action, including all claims and counterclaims, with prejudice and (ii) grant the Parties leave to reinstate in the event the terms of the Parties' Settlement Agreement are not followed. Pursuant to the terms of the Parties' Settlement Agreement, the Parties are to bear their own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that this Court grant the Parties' Joint Motion for Dismissal with Prejudice.

Stipulated to, agreed to, and respectfully submitted by the Parties:

PLANVIEW, INC.

_____
Patrick J. Lamb
Catherine E. Lamsens
Butler Rubin Saltarelli & Boyd
1800 Three First National Plaza
70 West Madison
Chicago, Illinois 60602
(312) 444-9660
Firm I.D. No. 01765

GALILEO INTERNATIONAL, L.L.C.

_____
C. Vincent Maloney
Ryan P. Stiles
Altheimer & Gray
10 South Wacker Drive
Chicago, Illinois 60606
[ADD TELEPHONE]
(312) 715-4000

W:\P\PlanView\Pleadings\Joint Motion for Dismissal.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PLANVIEW, INC., )
)
        Plaintiff, ) No. 01 C 1621
)
v. ) Judge Blanche M. Manning
)
GALILEO INTERNATIONAL, L.L.C., ) Magistrate Nan R. Nolan
)
        Defendant. )

**ORDER**

This matter coming before the Court on the Parties' Joint Motion for Dismissal with Prejudice,

IT IS HEREBY ORDERED THAT:

The Parties' Joint Motion is granted. This matter is dismissed with prejudice, with leave to reinstate in the event that the terms of the Settlement Agreement are not honored. The parties are ordered to bear their own costs and attorneys' fees.

                                        Blanche M. Manning
                                        District Court Judge for the
                                        Northern District of Illinois

| | |
|---|---|
| Patrick J. Lamb | C. Vincent Maloney |
| Catherine E. Lamsens | Ryan P. Stiles |
| Butler Rubin Saltarelli & Boyd | Altheimer & Gray |
| 1800 Three First National Plaza | 10 South Wacker |
| 70 West Madison | Chicago, Illinois 60606 |
| Chicago, Illinois 60602 | (312) 715-4000 |
| (312) 444-9660 | |

W:\P\PlanView\Pleadings\Draft Order.doc